**Order entered April 24, 2013**



In The

## Court of Appeals
## Fifth District of Texas at Dallas

### No. 05-12-01476-CR

**JOSE FRANCISCO ORTEZ, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 194th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F01-52273-M**

## ORDER

The Court **GRANTS** court reporter Darline King LaBar's April 19, 2013 request for an extension of time to coordinate with court reporter Deborah Hamon to file the reporter's records from the October 22, 2001 hearing and the November 14 and 19, 2001 hearings. We **ORDER** that the records of these hearings be filed by **MAY 8, 2013**.

We **DIRECT** the Clerk to send copies of this order, by electronic transmission, to court reporters Darline King LaBar and Deborah Hamon.

　　　　　　　　　　　　　　　/s/　　　DAVID EVANS
　　　　　　　　　　　　　　　　　　　JUSTICE